# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

LARRY FANDRICH, ALAN SCHAMBOW, RICH SCHUMACHER and MICHAEL GARRETT,

        Plaintiffs,

    v.

RICHARD RAEMISCH, Secretary, Department of Corrections; MATT FRANK, former Secretary, Department of Corrections; CATHERINE FARREY, former Warden, New Lisbon Correctional Institution; and SUSAN NAULT, former Education Director, New Lisbon Correctional Institution,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Case No.: 08-cv-726-slc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against defendants.**

PETER OPPENEER

_____

Peter Oppeneer, Clerk

/s/ M. Hardin

_____

by Deputy Clerk

_____1/8/09_____
Date